DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SCOTT SPINA, JR.<br><br>Defendant(s). | Criminal No. 18-188 (ES)<br><br>**SENTENCING SUBMISSION NOTICE OF THE UNITED STATES** |

Please be advised that, on this date, the United States submitted sentencing materials to the Court in this case concerning the defendant SCOTT SPINA, JR.

Date:  July 16, 2018

CRAIG CARPENITO
United States Attorney

By: s/Andrew Kogan
Assistant U.S. Attorney