**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

**SUSAN M. SMALLEY, ESQ.**
CHIEF U.S. PROBATION OFFICER

**SUZANNE GOLDA-MARTINEZ**
SUPERVISING U.S. PROBATION OFFICER

**ELISA MARTINEZ**
SUPERVISING U.S. PROBATION OFFICER

March 29, 2021

U.S. COURTHOUSE
50 WALNUT ST.
ROOM 1001
NEWARK, NJ  07102
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

Honorable Esther Salas
United States District Judge
Martin Luther King Jr. Federal Building
PO Box 0999
Newark, New Jersey 07102-0999

>RE: Spina, Scott
>Dkt. No.  2:18CR00188-ES-1
>**Request for Waiver of Community Service Hours**

Dear Judge Salas:

On July 30, 2018, Mr. Spina was sentenced by Your Honor to 35 months incarceration and 3 years of supervised release for committing wire fraud, in violation of 18 U.S.C. §1343. The following special conditions were ordered: financial disclosure; community service; mental health treatment; internal revenue service cooperation; self-employment/business disclosure and occupational restrictions. Mr. Spina commenced a term of supervised release on March 26, 2021.

Mr. Spina secured employment with Westside Avenue Holdings in New York, New York, as a junior analyst earning $15 an hour. He works full-time, Mondays through Fridays. According to the Kintock Halfway House, Mr. Spina's employer provided excellent feedback and described Spina as a "great employee."

Due to the circumstances involving COVID-19, his work schedule and commute, the U.S. Probation Office is respectfully requesting he be excused from his hours of community service.

If Your Honor wishes to discuss this matter, or order an alternative course of action, please contact the undersigned officer at (862) 229-5578.

>Respectfully submitted,
>
>SUSAN M. SMALLEY, Chief
>U.S. Probation Officer

*Julie Chowdhury*
By: Julie Chowdhury
U.S. Probation Officer

/jc

APPROVED:

*Suzanne Golda-Martinez*          *03/26/2021*
SUZANNE GOLDA-MARTINEZ          Date
Supervising U.S. Probation Officer

( x ) Request Approved

( ) Request Denied

_____
Honorable Esther Salas
United States District Court Judge

Date:    3/29/2021